PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Mycheal Luckett      Cr.: 25-00051-001
                                                                                                         PACTS #: 8955363

Name of Sentencing Judicial Officer:     THE HONORABLE ZAHID N. QURAISHI
                                                              UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/18/2022

Original Offense:     Count 3: Hobbs Act Robbery, 18 U.S.C. § 1951(a), a Class C Felony
                         Count 6: Possessing and Brandishing a Firearm During a Crime of Violence, 18
                         U.S.C. § 924(c)(1)(A)(ii), a Class A Felony

Original Sentence: 1 month on Count 3 and 84 months on Count 6 to run consecutively for a total of 85 months imprisonment, 3 years on Count 3 and 5 years on Count 6 to run concurrently for a total of 5 years supervised release

Violation of Supervised Release: Heard on 8/26/2025; Time Served imprisonment, followed by 2 years on Count 3, and 4 years on Count 6 to run concurrently for a total of 4 years supervised release.

Special Conditions: Special Assessment, Search/Seizure, Forfeiture, Vocational Services, Financial Disclosure, Employment Requirements/Restrictions Reentry Center-3 months, Drug Treatment, Mental Health Treatment, Education/Training Requirements

Type of Supervision: Supervised Release                      Date Supervision Commenced: 08/27/2025

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                      The individual under supervision has violated the special supervision condition which states **'You must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. You must pay subsistence as required by the program'**

                         On December 8, 2025, at approximately 8:45am, Kintock staff observed Mycheal Luckett walking towards bathroom C. Mr. Luckett entered the bathroom and was instructed to exit the room and report to the front lobby. Upon exiting the bathroom, staff observed Mr. Luckett struggling to maintain his balance, his speech was slurred, and his eyes were brick red. While being escorted to the front lobby, Mr. Luckett was observed by staff bumping into the wall not being able to walk a straight line. Upon entering the lobby, a pat search was conducted; however, nothing was found on Mr. Luckett's person. Mr. Luckett's file was reviewed, and it revealed that he does not take any medications that would cause him to exhibit such behavior. Mr. Luckett

Prob 12A – page 2
Mycheal Luckett

appeared to be under the influence of an unknown substance and therefore in violation of code 309-violating a condition of a community program.

On December 8, 2025, at approximately 2:58pm, Kintock staff observed Mr. Luckett exiting bathroom D. Upon exiting the bathroom, Mr. Luckett was struggling to maintain his balance, his speech was slurred, and his eyes were brick red. Staff escorted Mr. Luckett to the front lobby and observed him bumping into the wall and not being able to walk a straight line. On entering the lobby, Mr. Luckett was pat searched; however, nothing was found on his person. Mr. Luckett then sat in a chair in the lobby and fell asleep. Mr. Luckett's file was reviewed, and it revealed that he does not take any medications that would cause him to exhibit such behavior. Mr. Luckett appeared to be under the influence of an unknown substance and therefore in violation of code 309-violating a condition of a community program.

U.S. Probation Officer Action:
The Probation Office recommends no Court action be taken at this time. The Probation Office will continue to monitor Mr. Luckett's conduct while at the residential reentry center. In addition, Mr. Luckett is currently engaged in outpatient drug/alcohol treatment. If Mr. Luckett continues to be non-compliant, the Court will be notified immediately. Please allow this report to serve as a formal written reprimand for his behavior.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:   LUKE N. WALKER
U.S. Probation Officer

/ lnw

APPROVED:

_____  12/9/2025
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Mycheal Luckett

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time and This Report to Serve as a Reprimand (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

12/9/25
_____
Date